IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RAY ANTHONY WOODSON, SR.**  **PLAINTIFF**
**ADC #115898**

V.  NO. 3:21-cv-224-DPM-ERE

**GLADDEN,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Ray Anthony Woodson, Sr., an inmate at the Mississippi County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. *Doc. 2.* In his complaint, Mr. Woodson alleges that: (1) Defendant Petty used excessive force against him; and (2) Defendants Gladden, Audrey Luff, and Carter were deliberately indifferent to his serious medical needs following the underlying incident. For screening purposes, Mr. Woodson has stated: (1) an excessive-force claim against Defendant Petty; and (2) deliberate indifference claims against Defendants Gladden, Luff, and Carter.[1] Accordingly, service of those claims is now proper.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

IT IS THEREFORE ORDERED THAT:

1.  The Clerk of Court is directed to prepare summonses for Defendants Gladden, Petty, Andrew Luff, and Carter.

2.  The United States Marshal is directed to serve each of these four Defendants with a summons and a copy of the complaint (*Doc.2*), including any attachments, without requiring prepayment of fees and costs or security. Service for Defendants Gladden and Petty should be attempted through the Mississippi County Detention Facility, 685 NCR 599, Luxora, Arkansas 72358. Service for Defendants Audrey Luff and Carter should be attempted through counsel for TurnKey Medical, Allie Ah Loy, Sweet Law Firm, 24 West Park Place, OKC, OK 73103.

DATED this 28th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE