IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAY ANTHONY WOODSON, SR.  PLAINTIFF
ADC #115898

V.  NO. 3:21-CV-224 DPM/ERE

GLADDEN, *et al.*  DEFENDANTS

## SCHEDULING ORDER

If Defendants intend to pursue a defense, pursuant to the Prison Litigation Reform Act,[1] that Plaintiff failed to exhaust his administrative remedies before filing this lawsuit, they must raise the issue in a motion for summary judgment filed no later than **February 23, 2022**.[2]

All discovery is stayed until the Court resolves any exhaustion issues.

DATED this 12th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] See 42 U.S.C. § 1997e(a).
[2] If Defendants do not intend to pursue an exhaustion defense, they should promptly file a notice so stating.