IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAY ANTHONY WOODSON, SR.                                              PLAINTIFF
ADC #115898

V.                            NO. 3:21-cv-224-DPM-ERE

GLADDEN, *et al.*                                                     DEFENDANTS

## ORDER

Pending before the Court is Defendants' motion to compel, seeking responses to interrogatories and requests for production propounded to Plaintiff Ray Anthony Woodson, Sr. on December 1, 2021.[1] *Doc. 24*.

The requested discovery seeks information that is both relevant and proportional.[2] See Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any parties' claim or defense and proportional to the needs of the case. . .").

IT IS THEREFORE ORDEREED THAT Defendants' motion to compel (*Doc. 24*) is GRANTED.

---

[1] Defendants mailed Mr. Woodson the discovery at issue before the stay of discovery. *Doc. 20*. On February 28, 2022, the Court lifted the discovery stay. *Doc. 23*. Accordingly, the time for Mr. Woodson to respond to the outstanding discovery has passed. On March 8, Defendants notified Mr. Woodson, by letter, that if he failed to respond to their discovery requests by March 21, 2022, they would file a motion to compel. *Doc. 24-2*. Mr. Woodson failed to respond to Defendants' letter.

[2] Mr. Woodson's complaint alleges that: (1) Defendant Petty used excessive force against him; and (2) Defendants Gladden, Luff, and Carter were deliberately indifferent to his serious medical needs following the Mr. Petty's use of excessive force. *Doc. 2*.

Mr. Woodson must respond to the outstanding discovery within 30 days of this Order. If Mr. Woodson fails to comply, Defendants may file an appropriate motion. Mr. Woodson is cautioned that, under Local Rule 5.5(c)(2), his failure to comply with this Order may result in the dismissal of this lawsuit

IT IS SO ORDERED this 28th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE