## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RAY ANTHONY WOODSON, SR.**                                              **PLAINTIFF**
**ADC #115898**

**V.**                        **NO. 3:21-cv-224-DPM-ERE**

**GLADDEN,** *et al.*                                                     **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommendation for dismissal of Mr. Woodson's claims has been sent to United States District Chief Judge D.P. Marshall Jr. Any party may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within 14 days of the date of this Recommendation. If parties do not file objections, Judge Marshall can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion:**

Ray Anthony Woodson, Sr., an Arkansas Division of Correction inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2.* On March 23, 2022, Defendants moved for a Court order compelling Mr. Woodson to respond to their discovery

requests. *Doc. 24.* In their motion, Defendants explained that, although they attempted to resolve this matter without Court intervention, Mr. Woodson failed to respond to Defendants' March 8, 2022 good faith letter.

On March 28, 2022, the Court granted the motion and ordered Mr. Woodson to respond to the Defendants' outstanding discovery requests within 30 days. *Doc. 26.* The Court cautioned Mr. Woodson that his failure to respond, as ordered, would likely result in the dismissal of his claims, without prejudice. See Local Rule 5.5(c).

On May 12, 2022, Defendants filed a motion to dismiss Mr. Woodson's claims against them. *Doc. 27.* For cause, Defendants state that since the Court's March 28, 2022 Order, Mr. Woodson has not: (1) provided the past-due discovery responses, as ordered; or (2) communicated with the Court or defense counsel in any way.  Mr. Woodson has not filed a response to the motion to dismiss, and the time to do so has passed.

### III.  Conclusion:

The Court recommends that:

1.  Defendants' motion to dismiss (*Doc. 27*) be GRANTED.

2.  Mr. Woodson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 28, 2022 Order and to prosecute this lawsuit.

3.  The Clerk be directed to close this case.

Dated this 27th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE