IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAY ANTHONY WOODSON, SR.
ADC #115898                                                                                    PLAINTIFF

v.                                     No. 3:21-cv-224-DPM

GLADDEN, Captain/Transport
Supervisor, MCDC; PETTY,
Transporting Officer, MCDC;
AUDREY LUFF, Nurse, Turnkey
Medical; and CARTER, APRN,
Turnkey Medical                                                                              DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 29*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion to dismiss, *Doc. 27*, is granted. Woodson's complaint will be dismissed without prejudice for failure to prosecute.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2022