# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RAY ANTHONY WOODSON, SR.
ADC #115898                                                                PLAINTIFF

v.                          No. 3:21-cv-224-DPM

GLADDEN, Captain/Transport
Supervisor, MCDC;  PETTY,
Transporting Officer, MCDC;
AUDREY LUFF, Nurse, Turnkey
Medical;  and CARTER, APRN,
Turnkey Medical                                                           DEFENDANTS

## JUDGMENT

Woodson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2022